

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00117-CV
_____

JUSTIN GRIFFIN, Appellant

V.

LARRY MCCATHRAN, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 16-0895

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant, Justin Griffin, has filed a motion with this Court seeking to voluntarily dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:    April 9, 2018
Date Decided:    April 10, 2018